Richard F. McGinty, OSB #86071
richard@mcginty-belcher.com
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
Tel.: (503) 371-9636
Fax: (503) 371-2879
Attorneys for Plaintiff

FILED
MAR 29 2010

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

JAMES HOBBS

         Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security,

         Defendant.

Civil Action No. 09-6309-ST

ORDER OF DISMISSAL

Based upon Plaintiff's motion, Plaintiff's motion not being opposed by Defendant, this matter is hereby DISMISSED.

IT IS SO ORDERED.

Dated THIS 29th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE
Magistrate